**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 98-30806
Summary Calendar
_____


JAMES A. HARDY

Plaintiff-Appellant,


versus


FEDERAL EXPRESS CORPORATION

Defendant-Appellee.



_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(97-CV-1620-N)
_____

April 9, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant James A. Hardy ("Hardy") appeals the district court's grant of summary judgment in favor of Defendant-Appellee Federal Express Corporation ("FedEx"). The court denied Hardy's claims that (1) his employment at FedEx was terminated based on race; (2) he was terminated in retaliation for participating in a discrimination complaint of one of his co-workers; and (3) he was subject to a hostile work environment.

_____

[*]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Hardy also attempts to appeal an earlier ruling of the district court, which denied his motion to recuse the presiding judge for impartiality.

We are aided little, if any, by the virtually unintelligible brief filed by Hardy, but have no difficulty in determining from it — and from appellee's brief, the rulings of the district court, and the record on appeal — that each assignment of error is so unmeritorious as to be frivolous as a matter of law. We therefore dismiss this appeal as frivolous, with Hardy to bear all costs. APPEAL DISMISSED AT APPELLANT'S COST.